**Exhibit A to the Complaint**

**Location:** New York, NY  **IP Address:** 74.64.122.155
**Total Works Infringed:** 30  **ISP:** Spectrum

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | A50350D44A79D13D21F6F255B1D2997C5AAB0EFD | Vixen | 11/14/2018 06:14:49 | 11/10/2018 | 11/25/2018 | PA0002136725 |
| 2 | 11560559EDE226EA07A68C3E64FFB889D692997C | Tushy | 06/16/2018 08:08:46 | 04/06/2018 | 06/19/2018 | PA0002126674 |
| 3 | 163BCAAD62A48679217B9EC1CB479ADCB9927439 | Tushy | 04/30/2018 23:43:31 | 01/21/2018 | 02/20/2018 | PA0002104191 |
| 4 | 2AB15616290E5006CE1F5161620EDA18DF227C1A | Blacked | 05/08/2018 05:55:02 | 05/05/2018 | 05/24/2018 | PA0002101366 |
| 5 | 2E036B1ADF42509A8AAE2E85C8FE2A6389FEB791 | Blacked | 05/12/2018 05:07:39 | 05/10/2018 | 05/24/2018 | PA0002101376 |
| 6 | 486920FE1AB50285E6324B3CC57DAE6D4782B41F | Tushy | 10/05/2018 01:39:56 | 10/03/2018 | 11/01/2018 | 17094105669 |
| 7 | 49989F05E534A797DEFDCD909D70A53D89AA5E65 | Blacked | 05/11/2018 05:59:55 | 03/11/2018 | 04/17/2018 | PA0002116091 |
| 8 | 54E6B036352790B0294E9E258D6C90E41A216596 | Blacked | 06/25/2018 19:13:10 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 9 | 56C15F7E0F321BFCBC35D6E471EA5B4A35162ED3 | Tushy | 04/17/2018 22:47:56 | 04/16/2018 | 06/18/2018 | PA0002126681 |
| 10 | 61D30E20F7DEF71FB40DCBAEFD33AE77A7C4F503 | Vixen | 10/09/2018 02:02:27 | 10/06/2018 | 11/01/2018 | 17094105481 |
| 11 | 62262C61602C01235FC02017D912EEDBFD38EA22 | Vixen | 09/02/2018 07:29:50 | 09/01/2018 | 11/01/2018 | 17094105581 |
| 12 | 634381318D1D22169D9CBA70B16D54632B3BD101 | Vixen | 06/16/2018 08:10:22 | 10/26/2017 | 12/04/2017 | PA0002098029 |
| 13 | 634ADC610DE1CC11B3F7DD4B8F2AC890232C06FC | Blacked | 05/01/2018 04:04:15 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 14 | 65697C1CDA8F11358983A3407CE6C586250EB439 | Blacked | 05/04/2018 13:31:15 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 15 | 71E85E11A0355E987814228892D2121D19710A37 | Vixen | 07/19/2018 03:26:37 | 07/18/2018 | 09/01/2018 | PA0002119684 |
| 16 | 7F22C35E385E22E33CC792948A1C485FBC15B143 | Blacked Raw | 05/05/2018 10:41:08 | 05/02/2018 | 06/19/2018 | PA0002126647 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 899B160199946C465C3CA22ACFB6119B20AF76F3 | Vixen | 05/16/2018 05:10:14 | 05/14/2018 | 06/19/2018 | PA0002126499 |
| 18 | 9072D152F29FABC6371A6A4734E391D76AC3E3BD | Blacked Raw | 11/09/2018 05:32:51 | 11/08/2018 | 12/09/2018 | 17210230993 |
| 19 | 9E90DB2F0DBD3782384E699D0D71449A11642201 | Blacked | 06/16/2018 08:43:38 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 20 | A96E202985BB9117D3E3163F8636AB7838EFFCB6 | Tushy | 10/14/2018 17:45:31 | 06/05/2018 | 07/14/2018 | PA0002128384 |
| 21 | AA7E111F35B94EBE23B5B819A9873842EA138FDC | Blacked Raw | 05/23/2018 06:52:07 | 11/08/2017 | 12/04/2017 | PA0002097993 |
| 22 | B126E2D4AD62808FD0A74439043E474581921E4F | Blacked Raw | 06/16/2018 08:09:23 | 02/26/2018 | 03/02/2018 | PA0002104869 |
| 23 | B32C521B83790E308045D4B8AA0E3AD09F651387 | Vixen | 05/01/2018 07:34:57 | 01/24/2018 | 03/02/2018 | PA0002104759 |
| 24 | BA3B2D0495A74AA71E3DBF92E4BEFF7944393735 | Vixen | 07/19/2018 04:51:32 | 06/03/2018 | 07/09/2018 | PA0002109331 |
| 25 | BC713071309BE7B20F7F2736D5DE00BD4B209CE4 | Vixen | 06/04/2018 05:42:12 | 11/25/2017 | 01/04/2018 | PA0002097450 |
| 26 | D98A2744FD53231E37727949801B36914EB09DA5 | Vixen | 08/25/2018 17:59:58 | 08/22/2018 | 09/05/2018 | PA0002135676 |
| 27 | DAB3DECB74214D290E271A9F2A150991F4C2C145 | Vixen | 05/24/2018 00:57:43 | 01/29/2018 | 03/02/2018 | PA0002104878 |
| 28 | E662A3EC9B34FBC1E0521E1B32C802F3DC118363 | Vixen | 11/14/2018 06:07:16 | 11/05/2018 | 11/25/2018 | PA0002136632 |
| 29 | F1EBEA4230A7E1C5BB3DB09FF90D20C412E0F0A7 | Blacked | 04/13/2018 00:40:02 | 02/24/2018 | 03/01/2018 | PA0002079184 |
| 30 | F32AE88DF4B6CD0EC85CE927346EB3CC02758CA3 | Blacked | 07/02/2018 08:33:54 | 03/21/2018 | 04/12/2018 | PA0002091520 |